# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5260**  **September Term, 2006**

**FILED**  06cv01315

MAY 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Michael Demond Stubbs,
            Appellant

v.

James G. Carr, Chief Judge, et al.,
            Appellees

Filed On: March 16, 2007 [1028758]

**MANDATE**

Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED: 5/10/07
BY: [signature]
ATTACHED: ___ Amending Order
            ___ Opinion
            ___ Order on Costs

**BEFORE:**   Ginsburg, Chief Judge, and Garland and Brown, Circuit Judges

### ORDER

Upon consideration of the court's orders filed September 29, 2006, and January 12, 2007, directing appellant to either pay the $455.00 appellate docketing and filing fees or file a motion for leave to proceed in forma pauperis on appeal; and the motion for reconsideration and the supplement thereto, it is

**ORDERED** that the motion for reconsideration be denied and this appeal be dismissed for lack of prosecution. See D.C. Cir. Rule 38. Appellant has not paid the filing and docketing fee, nor moved for leave to proceed in forma pauperis on appeal, despite this court's orders warning him that failure to do so would result in dismissal of the case.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Elizabeth V. Scott
Deputy Clerk/LD

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk